**Order entered February 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00624-CV**

**MELISSA BREWER, Appellant**

**V.**

**COMPASS BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02438-2019**

### ORDER

Before the Court is appellant's February 23, 2021 unopposed fourth motion for an extension of time to file her brief on the merits.[1]  We **GRANT** the motion and extend the time to **April 12, 2021**.  We caution appellant that a further extension request will be strongly disfavored.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE

---

[1] Counsel for appellant filed a notice of appearance on February 23, 2021.  Prior to this date, appellant was proceeding pro se.